## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID RILEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 05-CV-838-WDS |
| KENNY SHIRES and BRENT STANLEY, | ) ) ) |
| Defendants. | ) |

### MEMORANDUM & ORDER

**STIEHL, District Judge:**

Before the Court is a Report and Recommendation of United States Magistrate Judge Clifford J. Proud that defendants' motion to dismiss for want of prosecution be granted. To date, no objections have been filed by the parties.

Upon review of the record, the Court **ADOPTS** the recommendation of the magistrate judge. Accordingly, defendants' motion to dismiss (Doc. 21) is **GRANTED,** and plaintiff's complaint is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

**DATED: May 31, 2007.**

                                        s/ *WILLIAM D. STIEHL*
                                        **DISTRICT JUDGE**