**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DAVID RILEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) NO. 05-CV-838-WDS |
| | ) |
| **KENNY SHIRES and BRENT STANLEY,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on Report and Recommendation of United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 31, 2007, judgment is entered in favor of the defendants, **KENNY SHIRES and BRENT STANLEY** and against the plaintiff, **DAVID RILEY** and this complaint is **DISMISSED** with prejudice.

**DATED** this 31st day of May, 2007.

**NORBERT G. JAWORSKI, CLERK**

BY: *s/Sandy Pannier*
        **Deputy Clerk**

**APPROVED:**

*s/WILLIAM D. STIEHL*
**U. S. District Judge**